■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NELSON GUZMAN, Appellant.—Judgment, Supreme Court, Bronx County (Lawrence Bernstein, J.), rendered on October 3, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Carro, Asch, Milonas and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTA COLON, Appellant.—Judgment, Supreme Court, New York County (David Stadtmauer, J.), rendered on December 14, 1983, unanimously affirmed. No opinion. Concur—Sullivan, J. P., Carro, Asch, Milonas and Wallach, JJ.